948

No. 74–5478.  MILLER v. LOVE.  C. A. 4th Cir.  Certiorari denied.

No. 74–5579.  BOWDACH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5594.  DEARGUMENDO v. UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 74–5600.  COY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 74–5602.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–5603.  BYARS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5609.  LAYTHAM v. UNITED STATES; and
No. 74–5627.  JANIEC v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 505 F. 2d 983.

No. 74–5620.  CHASE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–5623.  RISER ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5624.  MEZES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5625.  MOORE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5628.  TAYLOR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.